TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

| | |
|---|---|
| Adversary Case Name: | Silva v. The United States of America et al |
| Adversary Number: | 23-90019-LT |
| Case Number: | 22-03301-LT7 |
| Hearing: | 07/13/2023 9:30 AM |
| Motion: | PRE-TRIAL STATUS CONFERENCE |

Hear as to status. A 7016 statement is not yet on file.